**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00864-CV

## JOHNSON & JOHNSON, ET AL., Appellants

### V.

## LINDA BATISTE, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14350**

## ORDER

We **GRANT** appellants' September 10, 2014 unopposed second motion for an extension of time to file a brief. Appellants shall file their brief on or before October 28, 2014. We caution appellants that no further extension will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE